UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VERONICA ANNE LAFAYETTE,

        Plaintiff,        Civil Action No. 14-CV-10004

v.        Honorable Patrick J. Duggan

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.
_____/

**<u>ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, and REMANDING FOR AN AWARD OF BENEFITS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)</u>**

On January 2, 2014, Plaintiff filed this lawsuit challenging the final decision of the Commissioner that she was not disabled prior to July 1, 2011. The parties filed cross-motions for summary judgment, which were referred to Magistrate Judge David R. Grand.

On February 11, 2015, Magistrate Judge Grand issued a Report and Recommendation (R&R) recommending that the Court grant Plaintiff's motion for summary judgment, deny Defendant's motion for summary judgment, and remand for an award of benefits beginning on the onset date alleged by Plaintiff, May 6, 2010. At the conclusion of the R&R, Magistrate Judge Grand advises the parties

that they may object and seek review of the R&R within 14 days of service upon them. R&R at 19 (ECF No. 12 Page ID 975). He further specifically advises the parties that "[f]ailure to file specific objections constitutes a waiver of any further right of appeal." *Id.* Neither party has filed objections to the R&R, and the time to do so has expired.

The Court has carefully reviewed the R&R and concurs with the conclusions reached by the Magistrate Judge. The Court therefore adopts the Magistrate Judge's R&R. Accordingly,

**IT IS ORDERED** that Plaintiff's motion for summary judgment is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant's motion for summary judgment is **DENIED**.

**IT IS FURTHER ORDERED** that the matter is remanded for an award of benefits pursuant to sentence four of 42 U.S.C. § 405(g).

Dated: February 26, 2015          s/PATRICK J. DUGGAN
                                  UNITED STATES DISTRICT JUDGE

Copies to:

David M. Stewart, Esq.
Laura A. AUSA Sagolla, Esq.
Marcello N. Illarmo, Esq.
Rami M. Vanegas, Esq.